IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH H. NEFF** | ) | **CASE NO. 2:19-cv-03435** |
| | ) | |
| **Plaintiffs** | ) | **JUDGE EDMUND A SARGUS** |
| | ) | **MAG. JUDGE KIMBERLY A. JOLSON** |
| **v.** | ) | |
| | ) | |
| **ARNOLD TRANSPORTATION** | ) | **STIPULATION OF DISMISSAL WITH** |
| **SERVICES, INC., et al.** | ) | **PREJUDICE** |
| | ) | |
| **Defendants** | ) | |

Plaintiff Joseph Neff and Defendants Arnold Transportation Services, Inc. and Robert F. Kiel hereby stipulate that this action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own fees and costs.

Respectfully submitted,

/s/Joseph W. Pappalardo
**JOSEPH W. PAPPALARDO (0014326)**
GALLAGHER SHARP |LLP
1215 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
(216) 241-5310 Telephone
(216) 241-1608 Facsimile
E-Mail: jpappalardo@gallaghersharp.com

-and-

**M. SALMAN SHAH (0091231)**
GALLAGHER SHARP |LLP
35 North Fourth Street, Suite 200
Columbus, OH 43215
(614) 340-2300 Telephone
(614) 340-2301 Facsimile
E-Mail: sshah@gallaghersharp.com
*Attorneys for Defendants,*
*Arnold Transportation Services, Inc. and*
*Robert F. Kiel*

1

**BARKAN MEIZLISH DEROSE**
**WENTZ MCINERNEY PEIFER, LLP**

/s/ Sanford A. Meizlish
Sanford A. Meizlish (0002620)
Jason C. Cox (0095169)
250 E. Broad St., 10th floor
Columbus, OH 43215
(614)(221-4221)  Telephone
E-Mail:  smeizlish@barkanmeizlish.com
          jcox@barkanmeizlish.com
*Attorneys for Plaintiff Joseph Neff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2021 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Joseph W. Pappalardo
**JOSEPH W. PAPPALARDO**
**Gallagher Sharp |LLP**
*Attorney for Defendants Arnold Transportation and Robert F. Kiel*

2